# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, Christopher L. | U.S. District Court, Southern District of Georgia | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
125 Bull Street
Savannah, Georgia 31401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | POA #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Oliver Maner LLP - Distribution of Capital Account |
| 2. 2019 | Oliver Maner LLP - Buyout of interest in hard assets |
| 3. 2019 | Oliver Maner LLP - Payment of outstanding fees |
| 4. 2019 | Jefferson Street Properties, LLP - Buyout of partnership interest |
| 5. 2019 | Telfair Square Properties, LLP - Buyout of partnership interest |
| 6. 2019 | Drew Wilkes, Bill Hunter, and Ben Perkins - Buyout of partnership interest in Telfair Square Properties, LLP |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Self-employed (attorney) | $18,375.27 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (event planner) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | N | T | | | | | |
| 3. Telfair Square Properties, LLP (Chatham County, Georgia) | C | Interest | | | Sold | 03/15/19 | K | D | |
| 4. Jefferson Street Properies, LLP (Chatham County, Georgia) | A | Interest | | | Sold | 03/15/19 | K | E | |
| 5. Oliver Maner, LLP Profit Sharing and Retirement Plan (no control) | | None | | | Sold (part) | 02/20/19 | O | | |
| 6. | | | | | Sold | 07/30/19 | M | | |
| 7. Oliver Maner, LLP Capital Account (cash equivalent) | | None | | | Sold (part) | 01/31/19 | J | | |
| 8. | | | | | Sold (part) | 02/28/19 | J | | |
| 9. | | | | | Sold (part) | 03/31/19 | J | | |
| 10. | | | | | Sold (part) | 04/30/19 | J | | |
| 11. | | | | | Sold (part) | 05/31/19 | J | | |
| 12. | | | | | Sold (part) | 06/30/19 | J | | |
| 13. | | | | | Sold (part) | 07/31/19 | J | | |
| 14. | | | | | Sold (part) | 08/31/19 | J | | |
| 15. | | | | | Sold (part) | 09/30/19 | J | | |
| 16. | | | | | Sold (part) | 10/31/19 | J | | |
| 17. | | | | | Sold (part) | 11/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 12/31/19 | J | | |
| 19. Oliver Maner, LLP (hard assets) (Y) | | | | | | | | | |
| 20. Mass Mutual S 500 Low Vol Price Rtrn Daily Risk Control Fixed Annuity | None | | O | T | Buy | 02/20/19 | O | | |
| 21. Brighthouse 6 Year Shield 25 S&P 500 Index Fixed Annuity | None | | M | T | Buy | 07/30/19 | M | | |
| 22. TIAA Single Life Variable Income Annuity #1 (H) | | | | | | | | | |
| 23. CREF Stock | A | Dividend | J | T | | | | | |
| 24. CREF Social Choice | A | Dividend | J | T | | | | | |
| 25. CREF Bond | A | Dividend | J | T | | | | | |
| 26. TIAA Single Life Variable Income Annuity #2 (H) | | | | | | | | | |
| 27. TIAA Traditional Standard | A | Dividend | J | T | | | | | |
| 28. IRA # 1 (H) | | | | | | | | | |
| 29. Flexshares Intl. Qty (IQDF) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 30. Goldman Sach Lrg. (GSLC) | A | Dividend | J | T | | | | | |
| 31. IShares Edge (ACWV) | A | Dividend | J | T | | | | | |
| 32. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 33. SPDR Mid Cap ETF (SPMD) (X) | A | Dividend | J | T | | | | | |
| 34. Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |
| 36. Doubleline Total Return (DLTNX) | A | Dividend | J | T | | | | | |
| 37. Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 38. AQR LG Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 39. Baron Emrg Mkts FD Retail (BEXFX) | | None | J | T | | | | | |
| 40. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 42. Palmer Square Plus (PSYPX) (X) | | None | | | Sold | 01/28/19 | J | | |
| 43. SPDR MSCI ACWI (CWI) | | None | | | Sold | 04/23/19 | J | A | |
| 44. Van Eck Commodity Index (CMCAX) | | None | | | Sold | 07/01/19 | J | | |
| 45. DFA US Small Cap (DFSVX) | A | Dividend | | | Sold | 09/27/19 | J | | |
| 46. AQR LG Cap Momentum (AMONX) | A | Dividend | | | Sold | 12/11/19 | J | | |
| 47. Invesco Balanced Risk (ABRZX) | | None | | | Sold | 12/11/19 | J | A | |
| 48. IRA # 2 (H) | | | | | | | | | |
| 49. Flexshares Intl Qty (IQDF) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 50. Goldman Sachs Lrg. (GSLC) | A | Dividend | J | T | | | | | |
| 51. IShares Edge MSCI (ACWV) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 53. SPDR Mid Cap ETF (SPMD) (X) | A | Dividend | J | T | | | | | |
| 54. Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |
| 55. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |
| 56. Doubleline Total Return (DLTNX) | A | Dividend | J | T | | | | | |
| 57. Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 59. AQR LG Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 60. Baron Emrg Mkts FD Retail (BEXFX) | A | Dividend | J | T | | | | | |
| 61. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 63. Palmer Square Plus (PSYPX) (X) | | None | | | Sold | 01/28/19 | J | | |
| 64. SPDR MSCI ACWI (CWI) | | None | | | Sold | 04/23/19 | J | | |
| 65. Van Eck Commodity Index (CMCAX) | | None | | | Sold | 07/10/19 | J | A | |
| 66. DFA US Small Cap (DFSVX) | A | Dividend | | | Sold | 09/27/19 | J | | |
| 67. AQR LG Cap Momentum (AMONX) | A | Dividend | | | Sold | 12/11/19 | J | | |
| 68. Invesco Balanced Risk (ABRZX) | | None | | | Sold | 12/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  IRA # 3 (H) | | | | | | | | | |
| 70.  Flexshares Intl. Qty (IQDF) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 71.  Goldman Sachs Lrg. (GSLC) | A | Dividend | J | T | | | | | |
| 72.  Ishares Edge MSCI Min. (ACWV) | A | Dividend | J | T | | | | | |
| 73.  Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 74.  SPDR Mid Cap (SPMD) (X) | A | Dividend | J | T | | | | | |
| 75.  Vanguard Total World Stock (VT) | A | Dividend | J | T | | | | | |
| 76.  Angel Oak Multi Strategy (ANGIX) | A | Dividend | J | T | | | | | |
| 77.  Doubleline Total Return (DBLTX) | A | Dividend | J | T | | | | | |
| 78.  Nuveen Preferred SEC (NPSRX) | A | Dividend | J | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 80.  AQR Lg. Cap Defensive (AUENX) | A | Dividend | J | T | | | | | |
| 81.  Baron Emrg Mkts FD (BEXFX) | A | Dividend | J | T | | | | | |
| 82.  Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 84.  Palmer Square Plus (PSYPX) (X) | | None | | | Sold | 01/29/19 | J | | |
| 85.  SPDR MSCI ACWI (CWI) | | None | | | Sold | 04/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Van Eck CM Commodity (CMCAX) | | None | | | Sold | 07/02/19 | J | A | |
| 87. DFA US Small Cap (DFSVX) | A | Dividend | | | Sold | 09/27/19 | J | | |
| 88. AQR Lg. Cap Momentum (AMONX) | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 89. Invesco Balanced risk (ABRYX) | | None | | | Sold | 12/23/19 | J | A | |
| 90. IRA # 4 (H) | | | | | | | | | |
| 91. Schwab Bank (cash) | A | Interest | J | T | | | | | |
| 92. Flexshares Intl. Qty (IQDF) | B | Dividend | K | T | Buy | 04/03/19 | K | | |
| 93. Invesco Bulletshares 2021 Corporate Bond (BSCL) | B | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 94. IShares Core S&P Mid Cap (IJH) | B | Dividend | L | T | Buy (add'l) | 01/08/19 | K | | |
| 95. | | | | | Sold (part) | 05/08/19 | J | A | |
| 96. IShares Edge MSCI Min. (ACWV) | B | Dividend | L | T | Buy (add'l) | 01/08/19 | K | | |
| 97. | | | | | Sold (part) | 05/08/19 | J | A | |
| 98. IShares MSCI EAFE (EFA) | B | Dividend | L | T | Buy (add'l) | 01/08/19 | K | | |
| 99. | | | | | Sold (part) | 04/03/19 | K | C | |
| 100. | | | | | Sold (part) | 12/04/19 | J | A | |
| 101. JPMorgan Diverse Rtrn (JPIN) | B | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 102. WSDMTRE CBOE 500 (PUTW) | B | Dividend | M | T | Buy (add'l) | 01/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 12/12/19 | J | A | |
| 104.  Angel Oak Multi Strategy (ANGIX) | D | Dividend | M | T | Buy<br>(add'l) | 01/08/19 | K | | |
| 105.  Blackrock Total Return (MAHQX) | D | Dividend | N | T | Buy | 01/03/19 | N | | |
| 106.  Doubleline Total Return (DBLTX) | D | Dividend | M | T | Buy | 01/08/19 | M | | |
| 107. | | | | | Sold<br>(part) | 10/04/19 | J | A | |
| 108.  Eaton Vance Global Macro (EIGMX) | C | Dividend | L | T | Buy | 01/03/19 | L | | |
| 109.  Guggenheim Macro Oppty. Inst. (GIOIX) | B | Dividend | L | T | Buy<br>(add'l) | 01/08/19 | K | | |
| 110.  Nuveen Preferred SEC (NPSRX) | D | Dividend | M | T | Buy | 01/28/19 | L | | |
| 111. | | | | | Buy<br>(add'l) | 07/01/19 | L | | |
| 112. | | | | | Sold<br>(part) | 10/03/19 | J | A | |
| 113.  Pioneer Bond Fund CL (PICYX) | C | Dividend | M | T | Buy | 01/08/19 | M | | |
| 114.  AQR Lg. Cap Devensive Style I (AUEIX) | A | Dividend | K | T | Buy | 01/03/19 | K | | |
| 115. | | | | | Sold<br>(part) | 05/08/19 | J | A | |
| 116. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 117. | | | | | Sold<br>(part) | 12/12/19 | J | B | |
| 118.  AQR Style Premia (QSLIX) | A | Dividend | K | T | Buy | 12/09/19 | K | | |
| 119.  Baron Emrg Mkts. FD Retail (BEXIX) | A | Dividend | K | T | Buy | 01/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/08/19 | J | A | |
| 121. Fuller & Thaler Behavioral (FTHSX) | A | Dividend | K | T | Buy | 09/27/19 | K | | |
| 122. Palmer Square Plus (PSYPX) (X) | | None | | | Buy (add'l) | 01/08/19 | L | | |
| 123. | | | | | Sold | 01/28/19 | L | A | |
| 124. Van Eck CM Commodity (COMIX) | | None | | | Buy (add'l) | 01/03/19 | K | | |
| 125. | | | | | Sold | 07/01/19 | L | B | |
| 126. DFA US Small Cap (DFSVX) | A | Dividend | | | Buy | 01/03/19 | K | | |
| 127. | | | | | Sold (part) | 05/08/19 | J | A | |
| 128. | | | | | Sold | 09/27/19 | K | C | |
| 129. Invesco Balanced Risk (ABRYX) | | None | | | Buy | 01/08/19 | K | | |
| 130. | | | | | Sold | 12/06/19 | K | D | |
| 131. Brokerage Account #1 (H) | | | | | | | | | |
| 132. Flexshares Intl. Qty (IQDF) | A | Dividend | K | T | Buy | 04/23/19 | J | | |
| 133. Goldman Sachs Lrg. (GSLC) | A | Dividend | J | T | | | | | |
| 134. IShares Edge MSCI (ACWV) | A | Dividend | K | T | Sold (part) | 10/01/19 | J | | |
| 135. Schwab US Large Cap (SCHX) | A | Dividend | J | T | | | | | |
| 136. SPDR Mid Cap (SPMD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Christopher L. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. SPDR Nuveen Bloomberg Barclays Short Term Municipal Bond ETF (SHM) | A | Dividend | J | T | | | | | |
| 138. Vanguard Total World Stock (VT) | A | Dividend | K | T | Sold (part) | 12/10/19 | J | | |
| 139. Vanguard Short Term (VCSH) | A | Dividend | J | T | | | | | |
| 140. WSDMTRE CBOE 500 (PUTW) | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 141. Angel Oak Multi Strategy (ANGLX) | A | Dividend | J | T | | | | | |
| 142. Eaton Vance Global Macro (EAGMX) | A | Dividend | J | T | | | | | |
| 143. Lord Abbott INTERM Tax Free A (LISAX) | A | Dividend | K | T | | | | | |
| 144. Nuveen Preferred SEC (NPSRX) | A | Dividend | K | T | Buy (add'l) | 01/18/19 | J | | |
| 145. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 146. AQR Lg. Defensive Style N (AUENX) | A | Dividend | K | T | Sold (part) | 09/27/19 | J | | |
| 147. AQR Style Premia ALT (QSLIX) | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 148. Baron Emrg Mkts FD Retail (BEXFX) | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 149. Fuller & Thaler Behavioral (FTHNX) | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 150. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 151. Invesco Balanced Risk (ABRZX) | | None | | | Sold | 12/10/19 | J | A | |
| 152. Van Eck CM Commodity (CMCAX) | | None | | | Sold | 07/01/19 | J | | |
| 153. SPDR MSCI ACWI (CWI) | A | Dividend | | | Sold | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Palmer Square Plus (PSYPX) | | None | | | Sold | 01/28/19 | J | | |
| 155.  AQR Lg. Cap Momentum Style N (AMONX) | | None | | | Sold | 12/10/19 | J | | |
| 156.  DFA US Small Cap (DFSVX) | A | Dividend | | | Sold | 09/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Christopher L.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 3: Purchased by Drew Wilkes, Bill Hunter, Ben Perkins, and Telfair Square Properties, LLP.

Part VII, line 4: Purchased by Telfair Square Properties, LLP.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ray, Christopher L. | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher L. Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544